```
                                        FILED

                                       JUL  7 2010

                               UNITED STATES BANKRUPTCY COURT
                               EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-38291-E-13L |
| RONALD LEE GATES and ANGELA R. GATES, | |
| Debtor(s). | |
| RONALD LEE GATES and ANGELA R. GATES, | Adv. Pro. No. 10-2120 |
| Plaintiff(s), | |
| v. | |
| ONEWEST BANK, FSB, | |
| Defendant(s). | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Upon review of the stipulation between the parties; the files in this case; and good cause appearing,

**IT IS ORDERED** that the above-captioned adversary proceeding is dismiss without prejudice.

**IT IS FURTHER ORDERED** that each party will bear their own costs, fees, and expenses.

Dated: July 7, 2010

RONALD H. SARGIS, Judge
United States Bankruptcy Court

# CERTIFICATE OF MAILING

I, R. Lopez, the undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the following document(s) was served by mail to the following entities listed at the address(es) shown below:

Document(s): Order Dismissing Adversary Proceeding

Service List:

John Tosney
331 J St #200
Sacramento, CA 95814

Angela Gates
220 Gross Ave
Marysville, CA 95901

Ronald Gates
220 Gross Ave
Marysville, CA 95901

Terry Loftus
1770 4th Ave
San Diego, CA 92101

Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: 7/7/10

Deputy Clerk    R. Lopez